UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL E. CUEVAS, et al.,<br><br>    Defendants. | No.  2:23-cv-1380-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 8.)  Plaintiff filed objections to the findings and recommendations.  (ECF No. 9.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2023 (ECF No. 8) are ADOPTED IN FULL;
2. Plaintiff's motion for preliminary injunction (ECF No. 7) is DENIED;
3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;
4. The Court finds Plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action; and
5. Plaintiff is ORDERED to pay the $402 filing fee within thirty days to proceed further in this action.

Date:  September 22, 2023

_____
Troy L. Nunley
United States District Judge