1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KOHEN DIALLO E. UHURU,                      No.  2:23-cv-1380-TLN-DB

12                    Plaintiff,

13            v.                                    **ORDER**

14     DANIEL E. CUEVAS, et al.,

15                    Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On May 30, 2024, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 17.)  Plaintiff has

23    filed objections to the findings and recommendations.  (ECF No. 18.)

24           The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27    the file, the Court finds the findings and recommendations to be supported by the record and by

28    the magistrate judge's analysis.

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations, filed on May 30, 2024 (ECF No. 17), are ADOPTED IN FULL;

    2.  This action is DISMISSED without prejudice; and

    3.  The Clerk of Court is directed to close this case.

Date:  July 10, 2024

Troy L. Nunley
United States District Judge

DLB:9/uhur1380.804(2)

2